**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br> GLENDA PRADO,<br><br>              Defendant. | Case No. 25cr3746-AGS<br>         25MJ4750<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of Fentanyl,<br>Cocaine, and Heroin (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about August 29, 2025, within the Southern District of California, Defendant, GLENDA PRADO, did knowingly and intentionally import 400 grams and more, to wit: approximately 13.44 kilograms (29.63 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

<u>Count 2</u>

On or about August 29, 2025, within the Southern District of California, Defendant, GLENDA PRADO, did knowingly and intentionally import 5 kilograms and more, to wit: approximately 8.82 kilograms (19.44 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United

KSCH:sal:9/9/2025

States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

### Count 3

On or about August 29, 2025, within the Southern District of California, Defendant, GLENDA PRADO, did knowingly and intentionally import 1 kilogram and more, to wit: approximately 1.10 kilograms (2.43 pounds), of a mixture and substance containing a detectable amount of heroin, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 27, 2025.

ADAM GORDON
United States Attorney

*Kaley S. Chan*
KALEY S. CHAN
Assistant U.S. Attorney